**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN (READING) DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Connie Frances Fuchs<br>     aka Connie F. Fuchs<br>     John Lewis Fuchs<br>     aka John L. Fuchs<br>                    Debtors | CHAPTER 13<br><br>BKY. NO. 16-16600 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for ABS REO Trust VI and index same on the master mailing list.

                        Respectfully submitted,
                        **/s/ Rebecca A. Solarz, Esq**
                        Rebecca A Solarz, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322