# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **John Lewis Fuchs, and** | : Ch. 13 |
| **Connie Frances Fuchs,** | : |
| | : |
| Debtors. | : 16-16600 - AMC |

## NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 CASE PURSUANT TO 11 U.S.C. SECTION 1307(a)

Notice is given that the Debtors hereby convert their Chapter 13 case to a case under Chapter 7 of Title 11 of the United States Code.

Dated: December 2, 2019

/s/ David W. Tidd, Esq.
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605
Phone: 610-838-8700
Fax: 610-743-8676
Email: Bankruptcy@DavidTiddLaw.com