**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Chapter 13** |
| **John Lewis Fuchs, and** | : | |
| **Connie Frances Fuchs,** | : | |
| | : | |
| Debtors. | : | No: 16-16600-AMC |

### PRAECIPE TO WITHDRAW NOTICE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Kindly withdraw Docket # 55, Notice of Conversion of Chapter 13 Case to Chapter 7 Case Pursuant to 11 U.S.C. Section 1307(a) filed December 2, 2019 in the above-captioned matter.

Dated:  December 2, 2019

                                                   Respectfully submitted:

                                                  /s/ David W. Tidd, Esquire
                                                  David W. Tidd, Esquire
                                                  656 Ebersole Road
                                                  Reading, PA 19605
                                                  Phone:  610-838-8700
                                                  Fax:     610-743-8676
                                                  bankruptcy@DavidTiddLaw.com