United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16600-pmm
John Lewis Fuchs                                                      Chapter 13
Connie Frances Fuchs
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore            Page 1 of 2             Date Rcvd: Jul 10, 2020
                              Form ID: 138NEW            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
```
db/jdb         John Lewis Fuchs,   Connie Frances Fuchs,   106 Brandywine Drive,   Bethlehem, PA  18020-9551
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14281256      +ABS REO Trust VI,   Select Portfolio Servicing, Inc.,   3815 South West Temple,
               Salt Lake City, UT 84115-4412
14333791      +ABS REO Trust VI c/o Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,   701 Market Street,
               Suite 5000,   Philadelphia, PA 19106-1541
13793809       Bank Of Americ,   PO Box 15047,   Wilmington, DE  19850-5047
13793810       Bank Of America,   PO Box 15047,   Wilmington, DE  19850-5047
13793812       Bank Of America, N.A.,   PO Box 5170,   Simi Valley, CA  93062-5170
13793811       Bank of America,   PO Box 942019,   Simi Valley, CA  93094-2019
13842224       Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
13862103      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13793813       Boscov's,   PO Box 30257,   Salt Lake City, UT  84130-0257
13848955       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13793818       Lab Corp,   PO Box 2240,   Burlington, NC  27216-2240
13793819       Quest Diagnostics,   P.O. Box 740775,   Cincinnati, OH  45274-0775
13793820       Sears Citi Bank,   PO Box 6275,   Sioux Falls, SD  57117-6275
14335403      +Select Portfolio Servicing ABS REO Trust VI,   c/o Rebecca A Solarz, Esquire,
               KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541
13793821       St. Luke's Physician Group,   P.O. Box 8500, Box 4096,   Philadelphia, PA  19178-4096
13793822       St. Lukes University Hospital,   PO Box 8500,   Philadelphia, PA  19178-8500
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2020 04:20:22
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2020 04:21:08     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 04:27:35     Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13849468       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 04:26:44
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13793815       E-mail/Text: mrdiscen@discover.com Jul 11 2020 04:19:46     Discover,   PO Box 30943,
               Salt Lake City, UT  84130-0943
13799308       E-mail/Text: mrdiscen@discover.com Jul 11 2020 04:19:46     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13793816       E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 04:27:35     JC Penny,   Synchrony Bank/JCP,
               PO Box 960090,   Orlando, FL  32896-0090
13793814       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 11 2020 04:27:37     Chase,
               Chase Card Services,   PO Box 15298,   Wilmington, DE  19850-5298
13793817       E-mail/Text: bncnotices@becket-lee.com Jul 11 2020 04:19:48     Kohl's Payment Center,
               P.O. Box 2983,   Milwaukee, WI  53201-2983
13851050       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 04:27:41
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13794695       E-mail/PDF: rmscedi@recoverycorp.com Jul 11 2020 04:26:42
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            BANK OF AMERICA, N.A.,   PO BOX 31785,   TAMPA, FL  33631-3785
cr*            BANK OF AMERICA, N.A.,   PO BOX 31785,   TAMPA, FL  33631-3785
13836186     ##+Law Office of David W. Tidd,   11 Black Bear Run,   Fleetwood, PA 19522-9082
                                                                                 TOTALS: 0, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4           User: JEGilmore             Page 2 of 2                   Date Rcvd: Jul 10, 2020
                               Form ID: 138NEW             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    ABS REO Trust VI paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    FEDERAL HOME LOAN BANK OF CHICAGO
               ecfmail@mwc-law.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    ABS REO Trust VI cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor    ABS REO Trust VI djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DAVID W. TIDD    on behalf of Debtor John Lewis Fuchs bankruptcy@davidtiddlaw.com,
               bbkconsultantllc@gmail.com
              DAVID W. TIDD    on behalf of Joint Debtor Connie Frances Fuchs bankruptcy@davidtiddlaw.com,
               bbkconsultantllc@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Bank Of America, N.A. raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    ABS REO Trust VI bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Lewis Fuchs and Connie Frances Fuchs

        Debtor(s)                           Bankruptcy No: 16−16600−pmm

                                                  Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                  For The Court
                                                  Timothy B. McGrath
                                                  Clerk of Court

Dated: 7/10/20

                                                      61 − 60
                                                  Form 138_new