United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 16-16600-pmm
John Lewis Fuchs    Chapter 13
Connie Frances Fuchs
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: JEGilmore    Page 1 of 1    Date Rcvd: Jul 10, 2020
                 Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
db/jdb         John Lewis Fuchs,   Connie Frances Fuchs,   106 Brandywine Drive,   Bethlehem, PA   18020-9551

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANDREW  SPIVACK    on behalf of Creditor    ABS REO Trust VI paeb@fedphe.com
      ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    FEDERAL HOME LOAN BANK OF CHICAGO ecfmail@mwc-law.com
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    ABS REO Trust VI cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      DANIEL P. JONES    on behalf of Creditor    ABS REO Trust VI djones@sterneisenberg.com, bkecf@sterneisenberg.com
      DAVID W. TIDD    on behalf of Joint Debtor Connie Frances Fuchs bankruptcy@davidtiddlaw.com, bbkconsultantllc@gmail.com
      DAVID W. TIDD    on behalf of Debtor John Lewis Fuchs bankruptcy@davidtiddlaw.com, bbkconsultantllc@gmail.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      RAYMOND M. KEMPINSKI    on behalf of Creditor    Bank Of America, N.A. raykemp1006@gmail.com, raykemp1006@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    ABS REO Trust VI bkgroup@kmllawgroup.com
      ROBERT PATRICK WENDT    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                 Chapter: 13

       John Lewis Fuchs and Connie Frances Fuchs

Debtor(s)                                                                 Case No: 16−16600−pmm

_____

*ORDER*

AND NOW, 7/10/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Patricia M. Mayer

Judge ,United States Bankruptcy Court