United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Lewis Fuchs  
Connie Frances Fuchs  
    Debtors

Case No. 16-16600-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: JEGilmore     Page 1 of 1     Date Rcvd: Aug 10, 2020  
                      Form ID: 195     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2020.  
db/jdb     John Lewis Fuchs,    Connie Frances Fuchs,    106 Brandywine Drive,    Bethlehem, PA    18020-9551  
cr        BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL    33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2020 05:11:43     Synchrony Bank,  
        c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
        Miami, FL    33131-1605  
                                                                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr*       BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL    33631-3785  
                                                                               TOTALS: 0, * 1, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2020 at the address(es) listed below:

       ALEXANDRA T. GARCIA    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       ANDREW  SPIVACK    on behalf of Creditor    ABS REO Trust VI paeb@fedphe.com  
       ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com  
       CELINE P. DERKRIKORIAN    on behalf of Creditor    FEDERAL HOME LOAN BANK OF CHICAGO ecfmail@mwc-law.com  
       CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    ABS REO Trust VI cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
       DANIEL P. JONES    on behalf of Creditor    ABS REO Trust VI djones@sterneisenberg.com, bkecf@sterneisenberg.com  
       DAVID W. TIDD    on behalf of Debtor John Lewis Fuchs bankruptcy@davidtiddlaw.com, bbkconsultantllc@gmail.com  
       DAVID W. TIDD    on behalf of Joint Debtor Connie Frances Fuchs bankruptcy@davidtiddlaw.com, bbkconsultantllc@gmail.com  
       RAYMOND M. KEMPINSKI    on behalf of Creditor    Bank Of America, N.A. raykemp1006@gmail.com, raykemp1006@gmail.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    ABS REO Trust VI bkgroup@kmllawgroup.com  
       ROBERT PATRICK WENDT    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                    TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

John Lewis Fuchs and Connie Frances Fuchs  : Case No. 16–16600–pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , August 10, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

69
Form 195